UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

                                                        **INDICTMENT**

        - v. -                              :

JOSE CABRERA,                  
      a/k/a "SiSi," and
GERALDO DIAZ,                               :
      a/k/a "Flaco,"

        Defendants.                         :

- - - - - - - - - - - - - - - - - - - - - - x

                    <u>COUNT ONE</u>

        The Grand Jury charges:

        1.    From at least in or about January 2008, up to and
including at least in or about April 2008, in the Southern
District of New York and elsewhere, JOSE CABRERA, a/k/a "SiSi,"
and GERALDO DIAZ, a/k/a "Flaco," the defendants, and others known
and unknown, unlawfully, intentionally and knowingly did combine,
conspire, confederate and agree together and with each other to
violate the narcotics laws of the United States.

        2. It was a part and an object of the conspiracy that
JOSE CABRERA, a/k/a "SiSi," and GERALDO DIAZ, a/k/a "Flaco," the
defendants, and others known and unknown, would and did
distribute and possess with intent to distribute a controlled
substance, to wit, one kilogram and more of mixtures and
substances containing a detectable amount of heroin, in violation
of Title 21, United States Code, Sections 812, 841(a)(1), and
841(b)(1)(A).

OVERT ACT

3.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York, and elsewhere:

a.    On or about March 18, 2008, in Bronx, New York, JOSE CABRERA, a/k/a "SiSi," the defendant, had several phone conversations with a co-conspirator not named as a defendant herein ("CC-1"), during which, CABRERA arranged for the delivery of heroin to CC-1.

b.    On or about March 18, 2008, in Bronx, New York, GERALDO DIAZ, a/k/a "Flaco," the defendant, acting at CABRERA's direction, delivered heroin to one of CC-1's associates, a co-conspirator not named as a defendant herein.

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION AS TO COUNT ONE**

4.    As a result of committing the controlled substance offense alleged in Count One of this Indictment, JOSE CABRERA, a/k/a "SiSi," and GERALDO DIAZ, a/k/a "Flaco," the defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this

Indictment.

       5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

       a.    cannot be located upon the exercise of due diligence;

       b.    has been transferred or sold to, or deposited with, a third person;

       c.    has been placed beyond the jurisdiction of the Court;

       d.    has been substantially diminished in value; or

       e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)


FOREPERSON

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE CABRERA,
a/k/a "SiSi," and
GERALDO DIAZ,
a/k/a "Flaco,"

Defendants.

## INDICTMENT

08 Cr. _____

(Title 21, United States Code, Section 846.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.